CITY OF NEW YORK, Respondent, *v.* JAMES W. HOUGH et al., Defendants, and ILLINOIS SURETY COMPANY, Appellant.

*City of New York* v. *Hough,* 146 App. Div. 956, affirmed.
(Argued March 24, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 7, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action on an indemnity bond to recover for injuries to property alleged to have resulted from blasting.

*Nelson L. Keach* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, HOGAN and CUDDEBACK, JJ. Not sitting: MILLER, J.